1  JAMES P.C. SILVESTRI, ESQ.
   Nevada Bar No. 3603
2  JEFFREY J. ORR, ESQ.
   Nevada Bar No. 7854
3  PYATT SILVESTRI
   701 Bridger Avenue, Suite 600
4  Las Vegas, Nevada 89101
   (702) 383-6000
5  (702) 477-0088 facsimile
6  jorr@pyattsilvestri.com
   Attorneys for Plaintiff,
7  ALLSTATE PROPERTY AND CASUALTY
   INSURANCE COMPANY
8

9
                    UNITED STATES DISTRICT COURT
10
                        DISTRICT OF NEVADA
11

12 ALLSTATE PROPERTY AND          )  CASE NO.:  2:14-CV-00050-APG-CWH
13 CASUALTY INSURANCE COMPANY     )
                                  )
14          Plaintiff,            )
                                  )
15 v.                             )  **STIPULATION AND ORDER FOR**
                                  )  **DISMISSAL**
16 ADMOON YALDA,  ELIZABETH       )
17 YALDA, ADMOON YALDA AND        )
   ELIZABETH YALDA  as parents of )
18 CHRISTIAN YALDA, a minor;      )
   ROBERT NEGRETTE, NAJIM BROWN,  )
19 a minor;  MR. BROWN and JACQUELINE )
   BROWN, natural parents of NAJIM )
20 BROWN a minor;  RICHARD GRAY a )
   minor;  RICHARD GRAY, natural parent of)
21 RICHARD GRAY a minor; and DOES I )
   through X, inclusive,          )
22                                )
                                  )
23          Defendants.           )
                                  )
24 _____)

25 ///

26 ///

27 ///

28 ///

PYATT SILVESTRI
A PROFESSIONAL LAW CORPORATION
701 BRIDGER AVENUE  SUITE 60C
LAS VEGAS, NEVADA 89101-8941
PHONE (702) 383-6000   FAX (702) 477-0088

**STIPULATION AND ORDER FOR DISMISSAL**

IT IS HEREBY STIPULATED AND AGREED by and between the parties Plaintiff,

ALLSTATE PROPERTY AND CASUALTY INSURANCE COMPANY, by and through its

attorney of record, Jeffrey J. Orr, Esq., Defendants Admoon Yalda, Elizabeth Yalda

and Christian Yalda by and through their attorney, Marisa Guarino, Esq., Defendant Robert

Negrette by and through his attorney, Jacqueline Bretell, Esq. and Richard Gray Sr. and Richard

Gray Jr., by and through their attorney, Wade Hansard, Esq. that Plaintiff's Complaint be dismissed

///

///

///

///

///

///

///

///

///

///

///

///

///

///

///

///

///

///

///

///

///

with prejudice, each party to bear their own attorney's fees and costs.

DATED this 11th day of June, 2015.

PYATT SILVESTRI                                      MCCORMICK BARSTOW

BY:  s/:  Jeffrey J. Orr                             BY:  s/:  Wade M. Hansard
     JEFFREY J. ORR, ESQ.                                 WADE M. HANSARD, ESQ.
     Nevada Bar No. 7854                                  Nevada Bar No. 8104
     PYATT SILVESTRI                                      MCCORMICK BARSTOW
     701 Bridger Avenue, Suite 600                        8337 W. Sunset Road #350
     Las Vegas, Nevada 89101                              Las Vegas, NV  89113
     (702) 383-6000                                       (702) 949-1100
     jorr@pyattsilvestri.com                              wade.hansard@mccormickbarstow.com
     Attorneys for Plaintiff,                             Attorney for Defendants Gray
     ALLSTATE PROPERTY AND
     CASUALTY INSURANCE COMPANY


LAW OFFICE OF WILLIAM KERRY                          MORRIS ANDERSON LAW
SKAGGS

BY:  s/:  Marisa C. Guarino                          BY:  s/:  Jacqueline R. Bretell
     MARISA C. GUARINO, ESQ.                              JACQUELINE R. BRETELL, ESQ.
     Nevada Bar No. 5975                                  Nevada Bar No. 12335
     LAW OFFICE OF WILLIAM                                MORRIS ANDERSON LAW
     KERRY SKAGGS                                         716 S. Jones Blvd.
     808 S. 7th Street                                    Las Vegas, NV  89104
     Las Vegas, Nevada 89101                              (702) 333-1111
     (702) 445-6700                                       jacqueline@morrisandersonlaw.com
     mcguarino1@gmail.com                                 Attorney for Defendant Negrette
     Attorneys for Defendants
     Yalda


IT IS SO ORDERED:

Dated:  June 12, 2015.

_____
UNITED STATES DISTRICT COURT JUDGE

PYATT SILVESTRI
A PROFESSIONAL LAW CORPORATION
701 BRIDGER AVENUE   SUITE 600
LAS VEGAS, NEVADA 89101-8941
PHONE (702) 383-6000   FAX (702) 477-0088